NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EVOLVED WIRELESS LLC,**
*Appellant*

**v.**

**ZTE (USA) INC., HTC CORPORATION, HTC AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., APPLE INC., MICROSOFT CORPORATION, MICROSOFT MOBILE OY, MICROSOFT MOBILE INC.,**
*Appellees*

**UNITED STATES,**
*Intervenor*

---

2018-2008, 2018-2009, 2018-2010, 2018-2011

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2016-00757, IPR2016-01228, IPR2016-01229, IPR2016-01345.

---

## JUDGMENT

---

RYAN MICHAEL SCHULTZ, Robins Kaplan LLP, Minneapolis, MN, argued for appellant.  Also represented by

CHRISTOPHER K. LARUS, BRENDA L. JOLY; MILES FINN, New York, NY.

CHARLES M. MCMAHON, McDermott Will & Emery LLP, Chicago, IL, argued for appellees HTC America, Inc., HTC Corporation, Samsung Electronics America, Inc., Samsung Electronics Co., Ltd., ZTE (USA) Inc. ZTE (USA) Inc. also represented by THOMAS DAMARIO, BRIAN ANDREW JONES; JAY REIZISS, Washington, DC.

STEPHEN S. KORNICZKY, Sheppard, Mullin, Richter & Hampton LLP, San Diego, CA, for appellees HTC Corporation, HTC America, Inc. Also represented by MARTIN BADER, ERICKA SCHULZ.

KEVIN P.B. JOHNSON, Quinn Emanuel Urquhart & Sullivan, LLP, Redwood Shores, CA, for appellees Samsung Electronics America, Inc., Samsung Electronics Co., Ltd. Also represented by TODD MICHAEL BRIGGS, VICTORIA FISHMAN MAROULIS; JAMES M. GLASS, New York, NY.

JUANITA ROSE BROOKS, Fish & Richardson, PC, San Diego, CA, argued for appellees Apple Inc., Microsoft Corporation, Microsoft Mobile Inc., Microsoft Mobile Oy. Also represented by GEUNEUL YANG.

DENNIS FAN, Appellate Staff, Civil Division, United States Department of Justice, Washington, DC, argued for intervenor. Also represented by JOSEPH H. HUNT, SCOTT R. MCINTOSH; THOMAS W. KRAUSE, JOSEPH MATAL, FARHEENA YASMEEN RASHEED, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* WALLACH and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| October 4, 2019 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |